# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America

NOTICE OF APPEARANCE

-v-

Docket Number : 2J 404 M

Ammar Awawdeh
Defendant.

Judge :

Date :

PLEASE NOTICE, that I have been RETAINED by Ammar Awawdel

the above named defendant.   I was admitted to practice in this district on _____ .

Signature : _____

Print Name : Alan Gelsa

Bar Code : 2163607

Office Address : 212-45 26th Ave

Bayside NP 136o

Telephone # : 516-510-8717

*** NOTICE TO ATTORNEY***

        **Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.